P. NICHOLSON, as Corporation Counsel of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FLORENCE M. POLSEY v. WALDORF-ASTORIA, INC., and Another.— Motion granted. Order resettled. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SANITA CELENTANO v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WESTCHESTER CLEANING & DYEING CO., INC., v. BARNETT NASSAU.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH SOMMERS v. ELI GUTTERMAN and Another, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SAMUEL HANDEL v. CO-ED DRESSMAKERS, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of SUSQUEHANNA SILK MILLS for an Order Directing that Arbitration Proceed to Settle Controversy between Petitioner and FAIR WAIST & DRESS CO., INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HENRI M. SLIOSBERG v. NEW YORK LIFE INSURANCE COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES STRAVINSKY v. ELLERMANS WILSON LINE, LTD., Impleaded with JOHN T. CLARK & SONS, INC.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. EARLINGTON REALTY CORPORATION, Impleaded with FRANK E. TOORS.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HERMAN WOLFF v. YORKVILLE OPERATING CO., INC. LENA WOLFF v. YORKVILLE OPERATING CO., INC.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY SACHS v. PHILIP WEINSTEIN and Another, Individually, etc., and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LILLIAN FRIEDEL v. NICHOLAS FRIEDEL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before May 17, 1926, and accept notice of argument for May 25, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE CITY OF NEW YORK v. W. W. HODKINSON CORPORATION.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of JOHANNA TEHAN, Also Known as JOHANNA TAHEN, Deceased. — Preference granted for May 25, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of WILHELMINA STAIGER, Deceased.— Preference granted for June 8, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES WALLACH.— Preference granted for June 8, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.